UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIRK KNIGHT and HEATHER KNIGHT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV00566 ERW |
| | ) | |
| WASHINGTON SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs Kirk Knight and Heather Knight's Motion for Reconsideration [doc. #19] and Defendant Washington School District's Motion to Dismiss Plaintiffs' Motion for Reconsideration [doc. #22].

As Defendant Washington School District ("Defendant") notes in its Motion, Plaintiffs Kirk Knight and Heather Knight ("Plaintiffs") have filed a Notice of Appeal in this matter, in addition to filing the Motion for Reconsideration currently before the Court. "The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam). Here, Plaintiffs' appeal and their Motion for Reconsideration are both directed at precisely the same issue: this Court's decision to dismiss their claims for lack of jurisdiction. Because the filing of the notice of appeal divests this Court of jurisdiction over that issue, Defendant's Motion will be granted, and Plaintiffs' Motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Motion for Reconsideration [doc. #22] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Reconsideration [doc. #19] is **DENIED, as moot**.

Dated this 16th Day of November, 2010.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE